IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JORGE L. NIEBLA,
    Plaintiff,

vs.                                     3:08cv20/RV/MD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA,
    Defendant.
_____

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 15, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

    3.    The clerk is directed to close the file.

    At Pensacola, Florida, this 15th day of May, 2008.

                                              */s/ Roger Vinson*
                                              **ROGER VINSON**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**